Date: 04/19/11      **DIVIDENDS REMITTED TO THE COURT**    #N2261   Ck #107    Page: 1

Case Number 09-16063 - MEISENBURG, RICHARD T

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM'S CLUB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000003 | 124.00 | 2.99 |
| ---------- Remittance Total ---------- | | 124.00 | 2.99 |

*[signature]*
LAUREN A. HELBLING, Trustee

*[Stamp: 2011 APR 26 PM 3:21 — NORTHERN DISTRICT OF OHIO CLEVELAND]*